UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JANE DOE,

      Plaintiff,

vs.

THE MEDICAL COLLEGE OF WISCONSIN, INC.,

      Defendant.

Case No. 2:16-CV-01370

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)
WITH PREJUDICE AND WITHOUT COSTS OR FEES**

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff Jane Doe, by her attorneys, Millstein & Associates, and Defendant The Medical College of Wisconsin, Inc., by its attorneys, Michael Best & Friedrich LLP, that this action, and all claims herein, is hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice and without attorney's fees or costs to either party.

Dated this 7th day of June, 2017.

**STIPULATED AND AGREED TO BY THE PARTIES:**

        **MILLSTEIN & ASSOCIATES**

By:    s/ David J. Millstein
     David J. Millstein, California SBN 87878
     Samantha Wu, California SBN 305713
     100 The Embarcadero, Suite 200
     San Francisco, CA 94105
     Telephone: 415-348-0348
     Facsimile: 415-348-0336
     E-mail: dmillstein@millstein-law.com
          swu@millstein-law.com

Attorneys for Plaintiff

**MICHAEL BEST & FRIEDRICH LLP**

By:    s/Anne M. Carroll
     Amy Schmidt Jones, SBN 1032274
     Anne M. Carroll, SBN 1094297
     100 East Wisconsin Avenue, Suite 3300
     Milwaukee, WI 53202-4108
     Telephone: 414-271-6560
     Facsimile: 414-277-0656
     E-mail: asjones@michaelbest.com
     E-mail: amcarroll@michaelbest.com

Attorneys for Defendant

065128-0067\21147066.1